UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **STARBUZZ TOBACCO, INC.,** | Case No.: SACV 14-00269-CJC(JPRx) |
| **Plaintiff,** | |
| vs. | |
| **EGO PREMIUM LIQUIDS, INC., AHMAD ABUFARIE,** | PERMANENT INJUNCTION |
| **Defendants.** | |

This matter came before the Court on Plaintiff Starbuzz Tobacco, Inc.'s Motion for Entry of Default Judgment.  (Dkt. No. 22.)  Concurrently herewith, the Court issued a Judgment and corresponding Order granting Starbuzz's motion and finding that Starbuzz is entitled to permanent injunctive relief against Defendants Ego Premium Liquids, Inc. and Ahmad Abufarie.

IT IS HEREBY ORDERED that Defendants, and their agents, servants employees, attorneys, and all persons in active concert and participation with them who receive

//

actual notice of this Permanent Injunction by personal service or otherwise, are permanently enjoined from:

    1.    Copying or otherwise using on articles or items Starbuzz's "BLUE MIST"®, "CODE 69"®, or "PINK"® trademarks, or any marks confusingly similar thereto;

    2.    Copying or otherwise using on articles or items the infringing marks "BLUE DEWEY MIST"; "KING OF 69"; or "PINK BURST";

    3.    Offering, selling, marketing, or distributing through the Internet or otherwise, any articles or items bearing Starbuzz's "BLUE MIST"®, "CODE 69"®, or "PINK"® trademarks, or any marks confusingly similar thereto;

    4.    Offering, selling, marketing, or distributing through the Internet or otherwise, any articles or items bearing the infringing marks "BLUE DEWEY MIST"; "KING OF 69"; or "PINK BURST";

    5.    Using on the Internet or elsewhere, Starbuzz's "BLUE MIST"®, "CODE 69"®, or "PINK"® trademarks, or any marks confusingly similar thereto, in connection with the offer, sale, or provision of any services;

    6.    Using on the Internet or elsewhere, the "BLUE DEWEY MIST"; "KING OF 69"; or "PINK BURST" infringing marks, in connection with the offer, sale, or provision of any services; and

    7.    Authorizing others to do any of the aforementioned acts.

DATED:    June 19, 2014

                      CORMAC J. CARNEY
              UNITED STATES DISTRICT JUDGE